[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
August 11, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-13971
Non-Argument Calendar

_____

D. C. Docket No. 01-00812-CR-PAS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEONARD ANTONIO ENRIQUEZ-VALDES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 11, 2006)

Before BARKETT, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, counsel for Leonard Antonio Enriquez-Valdes in

this appeal after resentencing, has moved to withdraw from further representation

of appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87

S.Ct. 1396, 18 L.Ed.2d 493 (1967).[1]  Our independent review of the entire record

reveals that counsel's assessment of the relative merit of the appeal is correct.

Because independent examination of the entire record reveals no arguable issues of

merit, counsel's motion to withdraw is **GRANTED**, and Valdes's sentences are

**AFFIRMED**.

---

[1]We previously affirmed Valdes's convictions, but vacated the judgment and remanded for resentencing.  See United States v. Garcia, 405 F.3d 1260, 1265, 1274-76 (11th Cir. 2005).